1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   DAVID J. CENTANNI,                    Case No. CV 15-04519-FMO (RAO)

12                    Plaintiff,

13          v.                             ORDER ACCEPTING REPORT AND
                                           RECOMMENDATION OF UNITED
14   CAROLYN W. COLVIN, Acting             STATES MAGISTRATE JUDGE
     Commissioner of Social Security,
15
                      Defendant.
16

17

18          Pursuant to 28 U.S.C. § 636, the court has reviewed the complaint, all of the

19   other records and files herein, the Report and Recommendation of United States

20   Magistrate Judge ("Report"), and the Objection to the Report.  Having made a de

21   novo determination of the portions of the Report to which the Objection is directed,

22   the   court   hereby   accepts   and   adopts   the   findings,   conclusions,   and

23   recommendations of the Magistrate Judge.

24          IT IS ORDERED that the decision of the Commissioner denying Plaintiff's

25   application for benefits is AFFIRMED.

26   DATED: September 29, 2016          _____/s/_____
                                        FERNANDO M. OLGUIN
27                                      UNITED STATES DISTRICT JUDGE

28